**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:  V.I.P. Royal Palace, LLC and Anna Eaglin v. Hobby Event Center

Appellate case number:  01-18-00621-CV

Trial court case number:  2017-08762

Trial court:  133rd District Court of Harris County

Appellants, V.I.P. Royal Palace, LLC and Anna Eaglin, have filed a notice of appeal of the trial court's final judgment, signed on June 5, 2018. Appellant's brief initially was due on October 12, 2018. After we granted their motions for extension, appellants' brief was due by December 27, 2018, with no further extensions absent extraordinary circumstances. On January 18, 2019, the Clerk of this Court notified appellants that neither a brief nor a motion for extension of time had been filed and that, if a brief was not filed by January 28, 2019, the Court might dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.6(d), 38.8(a)(1),42.3. Appellants have filed a fourth motion for an extension of time, requesting an extension "of 30-45 days" to file their brief. The motion is **granted**.

Appellant's brief is due to be filed no later than **30 days from the date of this order**. *See* TEX. R. APP. P. 38.6(d). **No further extensions will be granted.**

It is so ORDERED.

Judge's signature: /s/ Julie Countiss
           ☑ Acting individually   ☐ Acting for the Court

Date:  February 5, 2019